# EXHIBIT A

| Infringing Uses | Subject Photograph |
|---|---|
| 1. Hisense.com<br><br>https://global.hisense.com/tv/uled-4k-tv-u6g<br><br>https://global.hisense.com/dam/jcr:784546fe-bacf-43ab-8486-ba2c9089b7e8/Banner_8.jpg | <br>McGucken Fine Art Photograph:<br>2020-01-05-Malibu-Sea-Cave-Sunset-El-Matador-State-Beach-California-Fine-49334224937-m.jpg<br>Copyright Registration: VA0002225788 |

2. Walmart



https://www.walmart.com/ip/Hisense-75-Quantum-4K-ULED-Android-Smart-TV-HDR-U6G-Series-75U6G/523833407



https://i5.walmartimages.com/asr/6e48696d-24f5-45d3-81ca-1bb764311640.3943ddf43f99c021e66e261b27bb1c6c.jpeg?odnHeight=2000&odnWidth=2000&odnBg=FFFFFF



McGucken Fine Art Photograph:
2020-01-05-Malibu-Sea-Cave-Sunset-El-Matador-State-Beach-California-Fine-49334224937-m.jpg
Copyright Registration: VA0002225788



https://www.amazon.com/Hisense-Premium-65U6G-Quantum-Compatibility/dp/B091Y1PV8K?th=1



McGucken Fine Art Photograph:
2020-01-05-Malibu-Sea-Cave-Sunset-El-Matador-State-Beach-California-Fine-49334224937-m.jpg
Copyright Registration: VA0002225788



https://m.media-amazon.com/images/W/MEDIAX_792452-T1/images/I/8170tILh1+L._AC_SX679_.jpg

4. Aaron's



https://www.aarons.com/electronics/tvs/uled-4k-premium-qled-series-65-android-4k-smart-tv-w--alexa-compatibility-7301RJB.html



https://i8.amplience.net/i/aarons/70930?w=4000&h=4000&img404=404&v=1



McGucken Fine Art Photograph: 2020-01-05-Malibu-Sea-Cave-Sunset-El-Matador-State-Beach-California-Fine-49334224937-m.jpg
Copyright Registration: VA0002225788

5


5. Hisense.com.co



https://hisense.com.co/product/televisor-hisense-uhd-4k-u6g-55/



https://hisense.com.co/wp-content/uploads/2023/11/Product-Page-U6GA_07.jpg



McGucken Fine Art Photograph: 2020-01-05-Malibu-Sea-Cave-Sunset-El-Matador-State-Beach-California-Fine-49334224937-m.jpg
Copyright Registration: VA0002225788

6. Hisense-India



https://www.hisense-india.com/v/55U6G



https://api.hisense-india.com/media/products/U6G-description-image-3.webp



McGucken Fine Art Photograph:
2020-01-05-Malibu-Sea-Cave-Sunset-El-Matador-State-Beach-California-Fine-49334224937-m.jpg
Copyright Registration: VA0002225788

7

7. Hisensecac.com



https://www.hisensecac.com/sv/producto/hisense-uled-tv-75-android-tv-75u6g/

https://www.hisensecac.com/wp-content/uploads/2021/12/4.Dolby-Vision-HDR.png



McGucken Fine Art Photograph:
2020-01-05-Malibu-Sea-Cave-Sunset-El-Matador-State-Beach-California-Fine-49334224937-m.jpg
Copyright Registration: VA0002225788

8



https://www.hisensecac.com/producto/hisense-uled-50-android-tv-50u6g/

https://www.hisensecac.com/wp-content/uploads/2021/12/4.Dolby-Vision-HDR.png

9

8. Nikshanonline (via Hisense-India API)



https://nikshanonline.com/shop/hisense-u6g-series-139-cm-55-inch-qled-ultra-hd-4k-smart-android-tv-55u6g/



https://api.hisense-india.com/media/products/U6G-description-image-3.webp



McGucken Fine Art Photograph: 2020-01-05-Malibu-Sea-Cave-Sunset-El-Matador-State-Beach-California-Fine-49334224937-m.jpg
Copyright Registration: VA0002225788

10

9. Amazon.ca



https://www.amazon.ca/Hisense-65U68G-Android-Quantum-Technology/dp/B093TSRPP5?th=1



https://m.media-amazon.com/images/S/aplus-media-library-service-media/a00e6ba9-443c-41e2-8bb1-5e7e41862b04.__CR0,0,1464,600_PT0_SX1464_V1___.jpg



McGucken Fine Art Photograph:
2020-01-05-Malibu-Sea-Cave-Sunset-El-Matador-State-Beach-California-Fine-49334224937-m.jpg
Copyright Registration: VA0002225788

10. Shop Hisense



https://www.shophisense.com/what-is-uled-tv/



https://www.shophisense.com/wp-content/uploads/2021/05/8_HDR-2048x1152.jpg



McGucken Fine Art Photograph:
2020-01-05-Malibu-Sea-Cave-Sunset-El-Matador-State-Beach-California-Fine-49334224937-m.jpg
Copyright Registration: VA0002225788